# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 15, 2025
Lyle W. Cayce
Clerk

No. 24-60152

─────────────

Gayle J. Evans, Jr., *a Montana Resident*,

*Plaintiff—Appellant*,

versus

Chance J. Evans, *a Mississippi Resident*,

*Defendant—Appellee.*

─────────────────────────────────────────────

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 5:22-CV-37

─────────────────────────────────────────────

ORDER TO SHOW CAUSE

Before Jones and Oldham, *Circuit Judges*, and Hendrix, *District Judge*.[*]

By the Court:

    Appellant Gayle J. Evans, Jr. is ordered to Show Cause why sanctions should not be imposed for (1) his defiance of this court's December 18, 2024 order to appear personally in court for the oral argument of his appeal on

───────────────

[*] United States District Judge for the Northern District of Texas, sitting by designation.

No. 24-60152

January 8, 2025, and (2) his failure to notify the court in advance of his absence and the bona fide reason for absence. The court expects Evans to supply a sworn affidavit, travel information, and other proof of the excuse proffered by counsel, i.e., that "the weather in Montana" prevented his travel and attendance.

    IT IS ORDERED that Evans's response must be filed with this court no later than 3:00 P.M. CST on Wednesday, January 22, 2025.