IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION


GAYLE J. EVANS, JR.                                        PLAINTIFF


v.                              CAUSE NO.: 5:22-CV-00037-DCB-BWR


CHANCE J. EVANS                                           DEFENDANT


ORDER

Before the Court are three motions for attorney fees filed by Chance J. Evans ("Defendant"): Motion for Attorneys' Fees [ECF No. 110] ("Initial Fee Motion"); Supplemental Motion for Attorneys' Fees [ECF No. 111] ("First Supplement"); and Second Supplemental Motion for Attorneys' Fees [ECF No. 122] ("Second Supplement").  In the Initial Fee Motion and First Supplement, Defendant requests his attorneys' fees from 7/20/2023 until 1/29/2024.  See invoice for legal fees and expenses from Mcgehee, Mcgehee & Torrey,  [ECF No. 110] at 6-16.  Defendant's Second Supplement amends his Initial Fee Motion and Second Supplement to include, among other things, a revised request for additional legal fees related to the period of 2/26/2024 through 1/22/2025. [ECF No. 122-1].  Defendant's Second Supplement therefore supersedes and renders moot the Initial Fee Motion and First Supplement.  Sportstar Athletics, Inc. v. Wilson Sporting Goods Co., No. CV H-15-1438, 2018 WL 1970754, at *1 (S.D.

Tex. Feb. 27, 2018), report and recommendation adopted, No. 4:15-CV-1438, 2018 WL 2948026 (S.D. Tex. June 13, 2018).

Accordingly,

**IT IS ORDERED that** Defendant's Motion for Attorneys' Fees [ECF No. 110] and Supplemental Motion for Attorneys' Fees [ECF No. 111] are **DISMISSED AS MOOT;** and

**IT IS FURTHER ORDERED that** Defendant's Second Supplemental Motion for Attorneys' Fees [ECF No. 122] shall be set for an in-person hearing at 9:00 AM on April 29, 2025, at the United States District Courthouse in Natchez, Mississippi. **ALL PARTIES AND THEIR COUNSEL MUST BE PHYSICALLY PRESENT AT THE HEARING.** Failure to appear can result in sanctions. At the hearing, Defendant's counsel must be prepared to present documentary evidence, invoices, and calculations that will permit the Court to perform a proper lodestar review of Plaintiff's fee request. The Court will hear objections from Plaintiff's counsel.

SO ORDERED, this the 18th day of March 2025.


      /s/ David C. Bramlette
UNITED STATES DISTRICT COURT JUDGE