

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

AUG 2 2 2025

BY ARTHUR JOHNSTON
DEPUTY

**THIS INSTRUMENT WAS PREPARED BY AND RETURN TO:**

Lane B. Reed
Mississippi Bar No. 10002
McGehee, McGehee & Torrey
Post Office Box 188
Meadville, Mississippi 39653
Telephone:  601-384-2343
Facsimile:  601-384-5442
mmtlaw@mmtlaw.net

**INDEXING INSTRUCTIONS:**

**SECTION 46, TOWNSHIP 7 NORTH, RANGE 3 WEST**

**GLENBURNEY SUBDIVISION**
**TRACT V**

## QUITCLAIM DEED

**STATE OF MISSISSIPPI**

**COUNTY OF ADAMS**

For and in consideration of the sum of Ten and No/100 Dollars ($10.00) and pursuant

to the *Memorandum Opinion and Order* [Doc. 146], dated August 12, 2025, in the United

States District Court, Southern District of Mississippi, Western Division Cause No. 5:22-CV-

00037, said Cause being styled "Gayle J. Evans, Jr. v. Chance J. Evans", I

**GAYLE JACKSON EVANS, JR., SETTLOR OF THE G. J. EVANS JR.**
**REVOCABLE LIVING TRUST**
1050 REDROCK LOOP

STANFORD, MONTANA 59479
TELEPHONE: 1-800-530-7665

do hereby bargain, sell, convey and quitclaim unto,·

**GAYLE JACKSON EVANS, JR.**, a single man
1050 REDROCK LOOP
STANFORD, MONTANA 59479
TELEPHONE: 1-800-530-7665

the following described property situated in the County of Adams, State of Mississippi, to-wit:

# TRACT V-A

## SECTION 46, TOWNSHIP 7 NORTH, RANGE 3 WEST

Commencing at the intersection of the Northeast edge of John R. Junkin Drive (United States Highway Nos. 65, 84 & 98) with the Northern boundary of a portion of Inglewood containing 18.62 acres as shown by map made by H. R. Rhodes, C.E., dated May 11, 1928, and recorded in Deed Record 4-M, Page 423 of Adams County Records. Thence run in a Southeast direction along the Northeast edge of said John R. Junkin Drive for 1358.31 feet to the POINT OF BEGINNING, being the most Westerly corner of within described tract, and the Southwest corner of Tract IV, Subdivision of Glenburney, as shown on map or record by Jordan, Kaiser & Sessions, Civil Engineers.

Thence from said POINT OF BEGINNING, continue in a Southeast direction along the Northeast edge of said John R. Junkin Drive for 442.00 feet; go thence North 47° 28' 43" East for 485.06 feet to the Westerly boundary of the Glenwood Subdivision of record; go thence along the Westerly Boundary of Glenwood Subdivision North 6° 44' West for 26.16 feet, North 9° 24' East for 32.07 feet, and North 39° 52' East 25.12 feet to the Southeast corner of Tract VI, Subdivision of Glenburney as shown on aforementioned map by Jordan, Kaiser & Sessions, Civil Engineers; go thence along the Southerly boundary of said Tract VI and extension thereof North 79° 35' West for 411.80 feet; run thence South 61° 34' West for 271.1 feet to the Northeast edge of aforementioned John R. Junkin Drive and the POINT OF BEGINNING.

The within described tract is a portion of Tract V, Subdivision of Glenburney, situate in Section 46, Township 7 North, Range 3 West, Natchez, Adams County, Mississippi, and containing **3.895 acres** as per the plat of survey of R.

L. Hammack of Jordan, Kaiser & Sessions, dated March 24, 1977, a copy of which is attached to that certain Warranty Deed from Hollis Lamar Smith to Joseph S. Zuccaro and Gayle J. Evans, dated April 1, 1977, filed in Deed Book 13-Q, Page 168 of the land records of Adams County, Mississippi.

The above described property being a part of the property conveyed by Dr. John B. Dicks, Jr., and Mrs. Paulina M. Dicks, unto Gayle Evans and Lamar Smith by Warranty Deed, dated January 26, 1973, recorded in Deed Book 12-G, Page 572, among the records on file in the office of the Chancery Clerk of Adams County, Mississippi.

Being the same property conveyed by Gayle J. Evans to Gayle J. Evans, Jr. and Deborah Kaye Evans by Warranty Deed, dated January 18, 1979, filed among the land records of Adams County, Mississippi in Deed Book 14-I, Page 308

Being the same property conveyed by Joseph S. Zuccaro to Gayle J Evans and Barbara J. Evans by Special Warranty Deed, dated June 16, 1982, filed among the land records of Adams County, Mississippi in Deed Book 15-U, Page 440

Being the same property inherited by Chance Jackson Evans, the sole and only heir by law of Deborah Kaye Evans, upon her intestate death on November 19, 1987. The Estate of Deborah Kaye Evans was opened in Adams County, Mississippi Chancery Court Cause No. 34790, with the Decree opening the Estate, dated March 18, 1987, filed in Adams County, Mississippi Chancery Court Minute Book 7-X, Page 224.

The aforesaid Barbara J. Evans died in testate on March 27, 1989, leaving a Last Will and Testament by the terms of which all of her right, title and interest became vested in Gayle J. Evans.

Being the same property conveyed by G. J. Evans, Jr. to Gayle J. Evans, as Trustee of the G. J. Evans, Jr. Revocable Living Trust by Quitclaim Deed, dated April 7, 2004, filed among the land records of Adams County, Mississippi in Deed Book 22-Y, Page 481.

Being a part of the same property conveyed by Gayle J. Evans to Chance J. Evans by Warranty Deed, dated January 23, 2015, filed among the land records of Adams County, Mississippi in Deed Book 26-J, Page 146.

Being a portion of the same property conveyed by Chance Jackson Evans, Executor of the Estate of Gayle Jackson Evans, Sr., Deceased to Chance Jackson Evans and Gayle Jackson Evans, Jr. by Executor's Deed, dated

January 3, 2020, filed of record among the land records of Adams County, Mississippi in Deed Book 27-W, Page 458.

Grantor executes this Quitclaim Deed for the purpose of conveying all the undivided interest owned by the G. J. Evans, Jr. Revocable Living Trust to Gayle Jackson Evans, Jr. Grantor recites as follows:

A) Any undivided interest owned by the G. J. Evans, Jr. Revocable Living Trust was the result of that certain Quitclaim Deed to Undivided Interest, dated April 7, 2004, filed of record among the Land Records of Adams County, Mississippi in Deed Book 22-Y, Page 481.

B) There was never a Certificate or Declaration of Trust concerning the G. J. Evans Jr. Revocable Living Trust, filed of record among the public land records of Adams County, Mississippi.

C) Pursuant to Mississippi Code Annotated § 91-8-602 the Settlor of a revocable trust may revoke or amend the trust at anytime.

This conveyance is executed pursuant to the order of Judge David C. Bramlette, United States District Judge, in that certain *Memorandum Opinion and Order* [Doc. 109] , dated March 4, 2024 and filed in the *United States District Court, Southern District of Mississippi, Western Division* as Cause No. 5:22-CV-37, which is attached hereto as Exhibit "A" for reference.

Grantor assigns to Grantee any rights, licenses, rights-of-reversion, leasehold interests, and appurtenances thereunto belonging.

Furthermore, this conveyance is executed pursuant to the United States Court of Appeals for the Fifth Circuit *per curiam* opinion dated January 15, 2025, United States Court of Appeals Fifth Circuit Cause No. 24-60152 which is attached hereto as Exhibit "B" for reference.

Pursuant to the *Memorandum Opinion and Order* [Doc. 146], dated August 12, 2025 and filed in the *United States District Court, Southern District of Mississippi, Western Division* as Cause No. 5:22-CV-00037, attached as Exhibit "C", Arthur S. Johnston, III, solely in his capacity as Clerk of the United States District Court for Southern District of Mississippi was ordered to execute the deeds needed to complete the parties settlement. Arthur S. Johnston, III, solely in his capacity as Clerk of the United States District Court for Southern District of Mississippi, executes this instrument pursuant to that authority granted to him in the *Memorandum Opinion and Order* [Doc. 146] in the United States District Court, Southern District of Mississippi, Western Division Court Cause No. 5:22-CV-00037.

WITNESS my signature hereto on this the _____ day of _____, 2025.


_____
**ARTHUR S. JOHNSTON, III**
**CLERK OF THE UNITED STATES**
**DISTRICT COURT FOR SOUTHERN**
**DISTRICT OF MISSISSIPPI**

STATE OF _____

COUNTY OF _____

Personally appeared before me, the undersigned authority in and for the said county and state, on this _____ day of _____, 2025 within my jurisdiction, the within named, **ARTHUR S. JOHNSTON , III**, CLERK OF THE UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF MISSISSIPPI, who acknowledged that he is the Clerk of the United States District Court for Southern District of Mississippi, and that in said capacity as such Clerk he executed the above and foregoing instrument, after first having been duly authorized pursuant to the Memorandum Opinion and Order Doc. [146] dated August 12, 2025, and filed in United States District Court for Southern District of Mississippi, Western Division Court Cause No. 5:22-CV-00037.

_____
NOTARY PUBLIC

My Commission Expires:

_____