IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**GAYLE J. EVANS, JR.**                                                                **PLAINTIFF**

**vs.**                                            **CAUSE NO. 5:22-CV-00037-DCB-BWR**

**CHANCE J. EVANS**                                                               **DEFENDANT**

### **ORDER**

CAME ON, for consideration this day concerning the two (2) *Quitclaim Deeds* [Doc. 148 and 149] as filed herein by Defendant, Chance J. Evans, by and through his attorneys of record and the Court being fully advised in the premises does find as follows:

1.

On August 12, 2025, the Court entered a *Memorandum Opinion and Order* [Doc. 146].

2.

Defendant, Chance J. Evans hand delivered two (2) *Quitclaim Deeds* [Doc. 148 and 149] and a cover letter [Doc. 149-4] to the Clerk of Court for filing on August 22, 2025.

3.

Plaintiff then had ten (10) days to file an objection pursuant to the *Memorandum Opinion and Order* [Doc. 146]. Plaintiff did not file an objection with requested changes to the proposed deeds, on or before September 2, 2025.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the forms of Quitclaim Deeds submitted by Defendant on August 22, 2025, shall be the finalized forms, and Defendant shall deliver the deeds to Arthur S. Johnston III, Clerk of the United States District Court for the Southern District of Mississippi, for execution. Defendant shall then record said executed deeds in the office of the Chancery Clerk of Adams County, Mississippi.

**SO ORDERED** this the 22nd day of October 2025.

                                                    s/   David C. Bramlette
                                        UNITED STATES DISTRICT JUDGE