```
          IN THE UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                   WESTERN DIVISION
```

GAYLE J. EVANS, JR.                                    PLAINTIFF

v.                         CAUSE NO.: 5:22-CV-00037-DCB-BWR

CHANCE J. EVANS                                        DEFENDANT

### FINAL ORDER

The Fifth Circuit Court of Appeals affirmed enforcement of the parties' settlement agreement and, on remand, instructed the district court "to consider sanctions against Gayle J. Evans, Jr., personally and to act as needed to enforce the parties' settlement agreement." Evans v. Evans, 125 F.4th 1213, 1214 (5th Cir. 2025).

In accordance with the Fifth Circuit's remand instructions, the Court has issued all orders and taken all actions needed to enforce the settlement and has considered the issue of sanctions against Gayle J. Evans, Jr., personally. Having resolved all remaining motions, this matter is fully and finally closed.

**SO ORDERED**, this the 22nd day of October 2025.

                                    s/ David C. Bramlette
                                    United States District Judge